**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 09 B 22263 |
| LATANYA NEWTON | ) | HON. BAER |
| | ) | CHAPTER 13 |
| DEBTOR | ) | |

**NOTICE OF MOTION**

TO:   Marilyn Marshall, 224 S. Michigan Ave., Suite 800, Chicago, IL 60604;

U.S. Trustee, Patrick S. Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St., Room 873, Chicago, IL 60604; and

Bank of America, N.A., c/o Brian Moynihan, President, 100 N. Tyron Street, Charlotte, N.C. 28255

Real Time Resolutions, Inc., c/o Janice Connors, 1349 Empire Central Drive #150, Dallas, TX 75247

Please take notice that on Thursday, August 21, 2014 at 10:00 a.m., I shall appear before the Honorable Judge Baer, in room 615 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, 60602, and present the attached Motion for Civil Contempt, and you may appear if you so choose.

**PROOF OF SERVICE**

The undersigned, an attorney, certifies that he served both trustees via the court's CM/ECF, and served Bank of America, N.A. and Real Time Resolutions, Inc. by mailing a copy of this notice and motion to the above named addressed, with postage prepaid, from the mail chute located at 20 S. Clark St., Chicago, IL 60603 on August 14, 2014.

/s/   Punit Marwaha
Attorney for Debtor

Robert J. Semrad & Associates, L.L.C.
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 447-3703