**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 09 B 22263 |
| LATANYA NEWTON ) | HON. BAER |
| ) | CHAPTER 13 |
| DEBTOR ) | |

**NOTICE OF HEARING**

TO: Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3860, Chicago, IL 60603, via electronic notice; and

Patrick S. Layng, U.S. Trustee, 219 S. Dearborn Street, Room 873, Chicago, IL 60604, via electronic notice; and

Bank of America, N.A., c/o Brian Moynihan, President, 100 N. Tyron Street, Charlotte, N.C. 28255

Real Time Resolutions, Inc., c/o Janice Connors, 1349 Empire Central Drive #150, Dallas, TX 75247

Please take notice that on Thursday, November 19, 2014 at 10:00 a.m., I shall appear before the Honorable Judge Baer, in room 615 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, 60602, for a hearing on a Motion for Civil Contempt, docket entry #44, and you may appear if you so choose.

**PROOF OF SERVICE**

The undersigned, an attorney, certifies that he served both trustees via the court's CM/ECF, and served Bank of America, N.A. and Real Time Resolutions, Inc. by mailing a copy of this notice and motion to the above named addressed, certified, with postage prepaid, from the mail chute located at 20 S. Clark St., Chicago, IL 60603 on September 11, 2014.

/s/   Punit Marwaha___
Attorney for Debtor
Robert J. Semrad & Associates, L.L.C.
20 S. Clark Street 28th Floor