**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 09 B 22263 |
| LATANYA NEWTON | ) | HON. BAER |
| | ) | CHAPTER 13 |
| DEBTOR | ) | |

**CERTIFICATE OF SERVICE**

I, Punit Marwaha, certify that on September 11, 2014, I caused to be served a copy of the Notice of Hearing, docket entry 51, to the following parties in the following manner:

**VIA CERTIFIED MAIL**

Bank of America, N.A., c/o Brian Moynihan, President, 100 N. Tyron Street, Charlotte, N.C. 28255

Real Time Resolutions, Inc., c/o Janice Connors, 1349 Empire Central Drive #150, Dallas, TX 75247

/s/   Punit K. Marwaha
Attorney for Debtor
Robert J. Semrad & Associates
20 S. Clark Street 28th Floor