**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No.: 09-22263 |
| | ) | |
| Latanya D. Newton, | ) | Chapter: 13 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |

**NOTICE OF HEARING ON RULE TO SHOW CAUSE AS TO WHY**
**COURT SHOULD NOT ENTER ORDER GRANTING DEBTOR'S MOTION FOR**
**CIVIL CONTEMPT AGAINST BANK OF AMERICA, N.A.**

This matter came before the Court on October 23, 2014 on the motion of debtor Latanya D. Newton (the "Debtor") for civil contempt against Bank of America, N.A. for violation of the discharge order entered on April 22, 2013.

Having failed to appear or otherwise respond to the motion, Bank of America, N.A. is hereby ordered to appear before the Court on November 20, 2014 at 10:30 a.m., in courtroom 615 at 219 South Dearborn Street, Chicago, Illinois, to show cause as to why the Court should not enter an order granting the Debtor's motion.

Enter: *[signature: Janet S. Baer]*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: October 29, 2014