CERTIFICATE OF SERVICE

Case Number :  **09 B 22263**
Case Name    :  **Latanya D Newton**

I, Anthony Watson, Courtroom Deputy to the Honorable Judge Janet S. Baer, certify that on **October 29, 2014**, I caused copies of the attached **Notice of Hearing on Rule To Show Cause, dated October 29, 2014** to be served to the parties listed below via facsimile (where indicated); electronically served through the Court's CM/ECF system (where indicated); via First Class Mail as indicated by (**).

*Debtor*
**Latanya D Newton(**)**
6637 S Francisco
Chicago, IL 60629

**Punit Marwaha**
Robert J. Semrad & Associates
served electronically

**Bank of America, N.A.(**)**
c/o CT Corporation System
P.O.Box 5170
Simi Valley, CA 93062

**Bank of America, N.A.(**)**
c/o CT Corporation System
208 S. LaSalle Street, Ste 814
Chicago, IL 60604

*United States Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
served electronically

_____
Anthony Watson
Courtroom Deputy